UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**HOWARD STEPHEN SNYDER**                                                                  PLAINTIFF

vs                                                                  CIVIL ACTION NO. 3:12CV-659-CRS

**LADY SLINGS THE BOOZE, LLC**                                                             DEFENDANT

### ORDER

Plaintiff, Howard Stephen Snyder, brought this action against the Defendant, Lady Slings the Booze, LLC, claiming discrimination and retaliation under the Americans with Disabilities Act. The District Court granted partial summary judgment in Plaintiff's favor on the discrimination claim (DNs 52 and 53). Plaintiff subsequently filed a motion for attorney's fees and costs (DN 55). The District Court denied the motion with leave to reinstate upon conclusion of the remaining claim of ADA retaliation (DN 61).

A settlement conference was held on June 8, 2015, before Magistrate Judge Dave Whalin. Magistrate Judge Whalin having notified the Court of a settlement in this matter as to the retaliation claim, and the attorney's fees and costs claims (DN 64),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within one hundred twenty (120) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Dated:   June 11, 2015

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record